[No. 450.   August 13, 1891.]

## THE UNITED STATES OF AMERICA, APPELLEES, v. CHAVES, APPELLANT.

AFFIRMED for reasons stated in United States v. Urbana Duran de Amador, 6 N. M., page 173, ante.

APPEAL, from a judgment for appellees, from the Third Judicial District Court.

A. B. FALL for appellant.

EUGENE A. FISKE, United States district attorney, for appellees.

LEE, J.—This cause comes here on appeal from the Third judicial district. All the errors assigned in this case have been fully considered in the case of U. S. v. De Amador, 6 N. M. 173, decided at the present term of this court. It is, therefore, unnecessary to consider the assignments of error in this case in detail. For the reasons set forth in the case referred to, the judgment of the court below in this case will be affirmed.

O'BRIEN, C. J., and SEEDS and FREEMAN, JJ., concur.